# CASE ANNOUNCEMENTS
*November 26, 2007*

[Cite as *11/26/2007 Case Announcements*, 2007-Ohio-6205.]

## DISCIPLINARY CASES

**2007–1918. Disciplinary Counsel v. McShane.**
On November 20, 2007, respondent filed a motion to remand this matter to the Board of Commissioners on Grievances and Discipline. In order to allow time for relator's response and consideration of the motion by the court,
It is ordered, sua sponte, that the filing of objections is stayed until further order of this court.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–2020. State ex rel. DaimlerChrysler Corp. v. Indus. Comm.**
Franklin App. No. 06AP–968, 2007-Ohio-4799.

**2007–2071. State ex rel. Lloyd v. Indus. Comm.**
Franklin App. No. 07AP–79, 2007-Ohio-5020.

**2007–2100. State ex rel. McClaran v. Ontario.**
Richland App. No. 06–CA–99, 2007-Ohio-5254.

# CASE ANNOUNCEMENTS
*November 27, 2007*

[Cite as *11/27/2007 Case Announcements*, 2007-Ohio-6257.]

## MOTION AND PROCEDURAL RULINGS

**2007–2027. State v. Powell.**
Lucas C.P. No. G4801CR02006035. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas for Lucas County. Upon consideration of appellant's motion for stay of execution scheduled for March 13, 2008,
It is ordered by the court that the motion for stay of execution is granted pending disposition of this appeal.

**2007–2153. Ikharo v. Franklin Cty. Prosecutor.**
Franklin App. No. 07AP–380, 2007-Ohio-5582. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for appointment of counsel,
It is ordered by the court that the motion is denied.